UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-02158-SHK | Date: | March 7, 2023 |
| Title: | *SierraCanyon L.P. v. Big Bear Municipal Water District, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      On December 2, 2022, Plaintiff Sierra Canyon L.P, a California Limited Partnership ("Plaintiff") filed a Complaint in this Federal Court. Electronic Case Filing Number ("ECF No.") 1.  The case was randomly assigned to Magistrate Judge Shashi H. Kewalramani under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 12-02. On December 2, 2022, the Court Clerk issued a Notice of Deficiences in Request to Issuance of Summons ("NOD") due to the caption of the summons and complaint did not match. ECF No. 6.   Plaintiff's proof of service was due on or before March 2, 2023.

      To date, the NOD has not been corrected by Plaintiff, and Plaintiff has failed to file any proof of service or request an extension of time in which to do so. Therefore, since Plaintiff has not provided the Court with a proof of service of the Complaint, the Court is unable to determine the last date the parties have within which to file a statement of consent.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **March 14, 2023** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

      The parties are reminded that, for the above-entitled case to proceed with the assigned Magistrate Judge, they must file and serve joint or separate Consent form(s), indicating whether each party consents to have a Magistrate Judge assigned to this case. Plaintiff must file the Consent form within forty-two (42) days after service of the summons and complaint upon the first-served defendant. Each defendant must file the Consent form within forty-two (42) days after service of the summons and complaint upon that defendant. If one or both parties fails to

consent to the case proceeding before the assigned Magistrate Judge within the prescribed time, the case automatically will be re-assigned.

**IT IS SO ORDERED.**